RECEIVED
SDNY PRO SE OFFICE
2021 NOV -5 AM 10: 31

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Michael Christian Sutcliffe

_____

Write the full name of each plaintiff.

_____CV_____

(Include case number if one has been assigned)

-against-

Lufthansa

_____

Do you want a jury trial?

☒ Yes      ☐ No

_____

Write the full name of each defendant. The names listed above must be identical to those contained in Section I.

# EMPLOYMENT DISCRIMINATION COMPLAINT

## NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 3/24/17

## I.    PARTIES

### A.  Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

| Michael | C | Sutcliffe |
|---|---|---|
| First Name | Middle Initial | Last Name |

| 36 Molle Street | | |
|---|---|---|
| Street Address | | |

| SUFFOLK | NY | 11704 |
|---|---|---|
| County, City | State | Zip Code |

| 631 992 8253 | MICHAELC.SUTCLIFFE@GMAIL.COM |
|---|---|
| Telephone Number | Email Address (if available) |

### B.  Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. (Proper defendants under employment discrimination statutes are usually employers, labor organizations, or employment agencies.) Attach additional pages if needed.

Defendant 1:

| LUFTHANSA | | |
|---|---|---|
| Name | | |
| JFK AIRPORT CARGO BLDG 23 | | |
| Address where defendant may be served | | |
| QUEENS, NYC | NY | 11430 |
| County, City | State | Zip Code |

Defendant 2:

| Lufthansa | | |
|---|---|---|
| Name | | |
| 625 RXR Plaza | | |
| Address where defendant may be served | | |
| Uniondale | NY | 11553 |
| County, City | State | Zip Code |

Page 2

Defendant 3:

_____

Name

_____

Address where defendant may be served

_____

County, City                          State                    Zip Code

## II.    PLACE OF EMPLOYMENT

The address at which I was employed or sought employment by the defendant(s) is:

LUFTHANSA

Name

~~36 MOLLE STREET~~ 1640 Hempstead Tnple

Address

SUFFOLK, EAST MEADOW           NY                      11554

County, City                          State                    Zip Code

## III.    CAUSE OF ACTION

### A.  Federal Claims

This employment discrimination lawsuit is brought under (check only the options below that apply in your case):

☐ **Title VII of the Civil Rights Act of 1964**, 42 U.S.C. §§ 2000e to 2000e-17, for employment discrimination on the basis of race, color, religion, sex, or national origin

> The defendant discriminated against me because of my (check only those that apply and explain):

> ☑ race:         CAUCASIAN

> ☑ color:        WHITE

> ☑ religion:     CATHOLIC

> ☑ sex:          MALE

> ☐ national origin:

☒ **42 U.S.C. § 1981**, for intentional employment discrimination on the basis of race

My race is:    CAUCASIAN

☐ **Age Discrimination in Employment Act of 1967**, 29 U.S.C. §§ 621 to 634, for employment discrimination on the basis of age (40 or older)

I was born in the year:    _____

☐ **Rehabilitation Act of 1973**, 29 U.S.C. §§ 701 to 796, for employment discrimination on the basis of a disability by an employer that constitutes a program or activity receiving federal financial assistance

My disability or perceived disability is:    _____

☐ **Americans with Disabilities Act of 1990**, 42 U.S.C. §§ 12101 to 12213, for employment discrimination on the basis of a disability

My disability or perceived disability is:    _____

☐ **Family and Medical Leave Act of 1993**, 29 U.S.C. §§ 2601 to 2654, for employment discrimination on the basis of leave for qualified medical or family reasons

## B.  Other Claims

In addition to my federal claims listed above, I assert claims under:

☒ **New York State Human Rights Law**, N.Y. Exec. Law §§ 290 to 297, for employment discrimination on the basis of age, race, creed, color, national origin, sexual orientation, military status, sex, disability, predisposing genetic characteristics, marital status

☒ **New York City Human Rights Law**, N.Y. City Admin. Code §§ 8-101 to 131, for employment discrimination on the basis of actual or perceived age, race, creed, color, national origin, gender, disability, marital status, partnership status, sexual orientation, alienage, citizenship status

☐ Other (may include other relevant federal, state, city, or county law):

_____

## IV.    STATEMENT OF CLAIM

### A.  Adverse Employment Action

The defendant or defendants in this case took the following adverse employment actions against me (check only those that apply):

- ☐ did not hire me

- ☒ terminated my employment

- ☐ did not promote me

- ☐ did not accommodate my disability

- ☒ provided me with terms and conditions of employment different from those of similar employees

- ☒ retaliated against me

- ☒ harassed me or created a hostile work environment

- ☐ other (specify): _____

_____

### B.  Facts

State here the facts that support your claim. Attach additional pages if needed. You should explain what actions defendants took (or failed to take) *because of* your protected characteristic, such as your race, disability, age, or religion. Include times and locations, if possible. State whether defendants are continuing to commit these acts against you.

I was informed in 2019 that my department would be eliminated due to a reorganizaton. I was asked to stay with the company to handle moving the department functions to Florida and Bulgaria and fulfilll a role as Project Manager on top of my regular duties. I told my boss I would either leave the company or they could find someone else to do the extra work unless I was guaranteed a job. I was promised a job by my boss and his superior. When I finished the extra tasks and trained my replacement I was told I would not be given an interview for a job I was qualified for and told verbatim they could do what they want to me because I was a "Straight White Male". My former boss who is Jewish gave preferential treatment to a co worker who was Jewish by granting an interview for an open spot, providing coaching and then giving her a job anyway when they did poorly on the interview. I will attach all evidence I have.

As additional support for your claim, you may attach any charge of discrimination that you filed with the U.S. Equal Employment Opportunity Commission, the New York State Division of Human Rights, the New York City Commission on Human Rights, or any other government agency.

## V.    ADMINISTRATIVE PROCEDURES

For most claims under the federal employment discrimination statutes, before filing a lawsuit, you must first file a charge with the U.S. Equal Employment Opportunity Commission (EEOC) and receive a Notice of Right to Sue.

Did you file a charge of discrimination against the defendant(s) with the EEOC or any other government agency?

☒ Yes (Please attach a copy of the charge to this complaint.)

When did you file your charge?  July 2020

☐ No

Have you received a Notice of Right to Sue from the EEOC?

☒ Yes (Please attach a copy of the Notice of Right to Sue.)

What is the date on the Notice?    8/13/21

When did you receive the Notice?    8/20/21

☐ No

## VI.    RELIEF

The relief I want the court to order is (check only those that apply):

☐ direct the defendant to hire me

☒ direct the defendant to re-employ me

☒ direct the defendant to promote me

☐ direct the defendant to reasonably accommodate my religion

☐ direct the defendant to reasonably accommodate my disability

☒ direct the defendant to (specify) (if you believe you are entitled to money damages, explain that here)
Apologize

Due to the lies and discrimination I went through at Lufthansa I put my life and career on hold. This has caused me quite a lot of mental anguish. Furthermore ones of the lies told me to was that I would receive a pay raise for staying with the company.

## VII.    PLAINTIFF'S CERTIFICATION

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| 10/4/2021 | | Michael Sutcliffe |
| --- | --- | --- |
| Dated | | Plaintiff's Signature |
| Michael | C | Sutcliffe |
| First Name | Middle Initial | Last Name |
| 36 Molle Street | | |
| Street Address | | |
| SUFFOLK, WEST BABYLON | NY | 11704 |
| County, City | State | Zip Code |
| 631 992 8253 | | MICHAELC.SUTCLIFFE@GMAIL.COM |
| Telephone Number | | Email Address (if available) |

I have read the attached Pro Se (Nonprisoner) Consent to Receive Documents Electronically:

☒ Yes    ☐ No

    If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

EEOC Form 161 (11/2020)

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

To:  **Michael C. Sutcliffe**
**36 Molle Street**
**West Babylon, NY 11704**

From:  **New York District Office**
**33 Whitehall Street**
**5th Floor**
**New York, NY 10004**

|  | *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))* |
|---|---|

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **16G-2021-00005** | **Holly M. Shabazz,** **State & Local Program Manager** | **(929) 506-5316** |

## THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

| | |
|---|---|
| ☐ | The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC. |
| ☐ | Your allegations did not involve a disability as defined by the Americans With Disabilities Act. |
| ☐ | The Respondent employs less than the required number of employees or is not otherwise covered by the statutes. |
| ☐ | Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge |
| ☐ | The EEOC issues the following determination: The EEOC will not proceed further with its investigation, and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit.  This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge. |
| ☐ | The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge. |
| ☒ | Other *(briefly state)*         **Charging Party signed a valid release/wavier of claims.** |

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court.  Your lawsuit **must be filed <u>WITHIN 90 DAYS</u> of your receipt of this notice**; or your right to sue based on this charge will be lost.  (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment.  This means that **backpay due for any violations that occurred <u>more than 2 years (3 years)</u> before you file suit may not be collectible.**

On behalf of the Commission

*Judy A. Keenan* (signature)

August 13, 2021

Enclosures(s)

**Judy A. Keenan,**
**District Director**

*(Date Issued)*

cc:    **Attn: Kevin Quinn, Mgr. Employee Relations**
**LUFTHANSA TECHNIK COMPONENT SERVICE**
**1400 RXR Plaza, West Tower**
**Uniondale, NY 11556**

Case 1:21-cv-09201-LTS   Document 1   Filed 11/04/21   Page 9 of 9

Mike Sutcliffe
36½ Molk St.
W. Babylon
11704

RECEIVED
SDNY PRO SE OFFICE
2021 NOV -5  AM 10: 30

USM
SDNY

MID-ISLAND NY 117

2 NOV 2021  PM 2 L

United States District Court
for the Soothern District of N.Y.
500 Pearl Street
New York, N.Y. 10007

Pro Se   JKR

10007-133089